IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02259-RPM

JACQULYN BISHOP,

      Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA and
YELLOW BOOK GROUP INSURANCE PLAN,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **January 12, 2012, at 11:00 a.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on January 5, 2012.**

The conference is conducted with lead counsel present in person.  No parties or

representatives of parties will be permitted to attend.

Dated: November 23rd, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge