**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02259-RPM

JACQULYN BISHOP,

      Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, and
YELLOW BOOK GROUP INSURANCE PLAN,

      Defendants.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

      Upon the stipulated motion of the parties, this action is hereby DISMISSED WITH PREJUDICE.

Each party shall bear his or its own costs and attorneys' fees.

      Dated: December 23rd , 2011.

      BY THE COURT:

      s/Richard P. Matsch

      _____
      United States District Court Judge